## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **BRENDA VITALIS**<br>    Plaintiff<br><br>v.<br><br>**CPORT CREDIT UNION**<br>    Defendant | CIVIL ACTION NO: 2:25-cv-000217-NT |

## PLAINTIFF BRENDA VITALIS'S RULE 7.1 DISCLOSURE STATEMENT

Brenda Vitalis, by and through counsel, discloses the following pursuant to Local Rule 7.1:

1) Brenda Vitalis is a citizen of Lincoln County, Maine.

                                                            Respectfully Submitted,

Dated: September 9, 2025                  /s/   John Z. Steed
                                                            John Z. Steed, Esq. #5399
                                                            Island Justice
                                                            P.O. Box 771
                                                            Stonington, ME 04681
                                                            (207) 200-7077
                                                            john@islandjusticelaw.com